**Abatement Order filed July 16, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00791-CR

_____

### ADAN GARCIA VILLANUEVA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 178th District Court
Harris County, Texas
Trial Court Cause No. 1376258**

## ABATEMENT ORDER

Appellant appeals his conviction for aggravated assault of a family member. Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). We disagree with appellate counsel's conclusion that there are no arguable issues for appeal. *See Anders*, 386 U.S. at 744. By way of example, and without limitation, the trial court amended the jury charge after the jury began deliberation. Amendment of the jury charge after

deliberation begins is sometimes but not always error. *Compare Moore v. State*, 828 S.W.2d 920, 921-23 (Tex. App.—Houston [1st Dist.] 1993, pet. ref'd) (error) *with Williams v. State*, No. 14-14-13-00149-CR, __ S.W.3d __, 2014 WL 6677886, *7-8 (Tex. App.—Houston [14th Dist.] 2014, pet. ref'd) (no error).

Accordingly, the case is abated and remanded to the trial court with instructions to appoint other counsel and have a supplemental clerk's record containing that appointment filed with the clerk of this court within thirty (30) days of the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's supplemental clerk's record is filed with this court.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Busby.